# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Sally Zwicker | : | |
| Plaintiff, | : | Case No.: |
| -vs- | : | District Judge |
| Cincinnati Public Schools, | | Magistrate Judge : |
| Defendants, | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Stephen M. Dane__, trial
(Name of Trial Attorney)

attorney for __Sally Zwicker__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Andrew Rozynski__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Sally Zwicker__.
(Name of Party)

Movant represents that __Andrew Rozynski__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __New York__ as attested by the accompanying certificate from that
(Name of State)

court and that __Andrew Rozynski__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required $200.00 fee.

__Andrew Rozynski__ understands that, unless expressly excused, he or
(Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

<u>    Andrew Rozynski    </u>'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>(212) 353-8700</u>   Business fax <u>(917) 591-2875</u>

Business address <u>24 Union Square East, Fourth Floor</u>

<u>New York, NY 10003</u>

Business e-mail address <u>arozynski@EandBLaw.com</u>

<u>/s/ Stephen M. Dane</u>
(Signature of Trial Attorney)
<u>PO Box 1011</u>
(Address)
<u>Perrysburg, OH 43552</u>
(City, State, Zip Code)
<u>419-944-8611</u>
(Telephone Number)

Trial Attorney for <u>Sally Zwicker</u>
(Name of Party)

**(Please attach required Certificate of Service)**